**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance
with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted February 4, 2010
Decided February 16, 2010

**Before**

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 09-3215

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 3:00-cr-30070-JES-1 |
| RODRIGUEZ D. JONES, *Defendant-Appellant*. | Jeanne E. Scott, *Judge*. |

**O R D E R**

The defendant-appellant, Rodriguez Jones, sought a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 591 of the Sentencing Commission policy. That Amendment was in effect at the time of Jones' sentencing and, under its terms, the district court was not authorized to reduce the term of imprisonment already imposed. Therefore the case should have been dismissed for want of subject matter jurisdiction. We construe the denial of the relief sought as a dismissal for want of subject matter jurisdiction and summarily affirm such dismissal.